**FILED**
**SCRANTON**

AUG 2 6 2019

Per_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

Plaintiff,

Case No. 19-CV - 1476.

BOROUGH OF FRACKVILLE
PENNSYLVANIA, et al.,

Defendants.

**MOTION TO COMPEL SERVICE OF PROCESS**

I, Edward Thomas Kennedy ("Plaintiff") am one of the people of Pennsylvania, and in

this court of record hereby motions the court to grant the Plaintiff's Motion to Compel

Service of Process by the U.S. Marshall without delay.[1]

Date: August 24, 2019

Respectfully submitted,

Edward Thomas Kennedy, Plaintiff
800 Court St., Apt. 223
Reading, PA 19601
Telephone: 415-275-1244.
Fax: 570-609-1810.

---

[1] NOTICE
*Kessler v. Borough of Frackville*, NO. 3:17-CV-2231 (M.D. Pa. May. 8, 2018).

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

Plaintiff,

Case No. 19-CV - _____

v.

BOROUGH OF FRACKVILLE
PENNSYLVANIA, et al.,

Defendants.

## NOTICE
## MOTION TO COMPEL SERVICE OF PROCESS

1.    Edward Thomas Kennedy ("Plaintiff") is one of the [older] people of Pennsylvania, and in this court of record hereby Notices the court of the Plaintiff's Motion to Compel Service of Process by the U.S. Marshall without delay.

2.    *Kessler v. Borough of Frackville.*[1]

Date: August 24, 2019

Respectfully submitted,

Edward Thomas Kennedy, Plaintiff
800 Court St., Apt. 223
Reading, PA 19601
Telephone: 415-275-1244.
Fax: 570-609-1810.

*Plaintiff is self-represented.*

---

[1] See also *Kessler v. Borough of Frackville*, NO. 3:17-CV-2231 (M.D. Pa. May. 8, 2018).

Edward Thomas Kennedy
800 Court St., Apt. 223
Reading, PA 19601

RECEIVED
SCRANTON

AUG 2 6 2019

PER _____
DEPUTY CLERK

Peter J. Welsh, Clerk of Court
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

