IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

        Plaintiff,

    v.

BOROUGH OF FRACKVILLE
PENNSYLVANIA, et al.,

        Defendants.

Case No. 19-CV- 1476

### [Proposed] ORDER

Plaintiff's Motion to Compel Service of Process by the U.S. Marshall without delay

is granted. _____

is not granted. _____

Date: _____

_____

By the court.

Edward Thomas Kennedy
800 Court St., Apt 223
Reading, PA 19601

RECEIVED
SCRANTON
AUG 26 2019
PEn
DEPUTY CLERK

Peter J. Welsh, Clerk of Court
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148


