FILED
SCRANTON

AUG 2 6 2019

Per_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

    v.

BOROUGH OF FRACKVILLE
PENNSYLVANIA, et al.,

    Defendants.

Case No. 19-CV - 1476

## MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS

I, Edward Thomas Kennedy ("Plaintiff") am one of the people of Pennsylvania, and in this court of record hereby requests and wishes the court to grant the Plaintiff's Motion to Compel Service of Process by the U.S. Marshall without delay because justice demands it and under the Constitution of the United States of America, the supreme law of the law, allows for a speedy trial, and a presumption by the Plaintiff that the Defendant's may attempt to avoid service of process. See also *Kessler v. Borough of Frackville*, NO. 3:17-CV-2231 (M.D. Pa. May. 8, 2018).

Date: August 23, 2019

                                        Respectfully submitted,

                                        Edward Thomas Kennedy, Plaintiff
                                        800 Court St., Apt. 223
                                        Reading, PA 19601
                                        Telephone: 415-275-1244.
                                        Fax: 570-609-1810.

**CERTIFICATE OF SERVICE**

I certify that on August 23, 2019, that I filed a copy of the above MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS and MOTION TO COMPEL SERVICE OF PROCESS, Notice and this Certificate of Service to Clerk of Court of this US District Court for the Middle District of Pennsylvania, via USPS regular mail.

Date: August 24, 2019.

Respectfully submitted,

Edward Thomas Kennedy, Plaintiff.

*Plaintiff is self-represented.*

Edward Thomas Kennedy
800 Court St., Apt. 223
Reading, PA 19601

Peter J. Welsh, Clerk of Court
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

RECEIVED
SCRANTON
PEn
AUG 26 2019
DEPUTY CLERK



