**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA.**

EDWARD THOMAS KENNEDY,

        Plaintiff,

    v.

                        Case No. 19-cv- 1476

BOROUGH OF FRACKVILLE
PENNSYLVANIA, et al.,

        Defendants.

**[Proposed] ORDER**

The Plaintiff, Edward Thomas Kennedy, requests for this Court enter judgment in his favor and against all the Defendants:

(a)    Awarding compensatory damages to the Plaintiff for emotional stress humiliation embarrassment and anxiety;

(b)    Awarding compensatory damages to the Plaintiff for past legal expenses, travel costs, research expenses, photocopies, postage, and attorney fees, In the approximate amount of $15,000 to successfully defend against the criminal charges;

(c)    Awarding punitive damages against Post, Clink, Combs, Casey and Holman;

(d)    Awarding the cost of this action, together with reasonable attorney fees and expenses;

(e)    Awarding compensatory damages to the Plaintiff for lost wages, travel expenses, and other monetary damages in the presently undetermined amount;

(f)    Awarding other damages that are provided by statute and/or under 42 U.S.C. section 1983, 1985 and/or 1988;

(g)    Granting such other and further relief as the court deems appropriate and just.

                        is granted _____.
                        is not granted _____.

Date: _____

                                                            _____
                                                            By the Court

Edward Thomas Kennedy
800 Court St., Apt. 223
Reading, PA 19601

Peter J. Welsh, Clerk of Court
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

PEn
AUG 2 6 2019
DEPUTY CLERK

RECEIVED
SCRANTON


