UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY, | : | CIVIL NO: 3:19-CV-01476 |
| | : | |
| Plaintiff | : | |
| | : | (Chief Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| BOROUGH OF FRACKVILLE, *et al.*, | : | |
| | : | |
| Defendants | : | |
| | : | |

**ORDER**
September 9, 2019

Given that we find that this case is not frivolous, **IT IS ORDERED** that the
Clerk of Court shall docket the complaint.

_**S/Susan E. Schwab**_
Susan E. Schwab
Chief United States Magistrate Judge