# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY, | : | CIVIL NO. 3:19-CV-01476-SES |
| Plaintiff, | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| BOROUGH OF FRACKVILLE PENNSYLVANIA, *et al.*, | : | |
| Defendants. | : | |

## ORDER
September 13, 2019

In consideration of the plaintiff's application for leave to proceed *in forma pauperis*, **IT IS ORDERED** that the plaintiff's application (*doc. 2)* is **GRANTED**. The complaint is now deemed filed. The undersigned Chief Magistrate Judge shall conduct a preliminary review of the plaintiff's complaint.

**IT IS FURTHER ORDERED** that the plaintiff's motion to compel service (*doc. 3*) is **DENIED** pending the screening of plaintiff's complaint.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge