# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD THOMAS KENNEDY,**   Plaintiff | :   : No. 3:19-cv-01476 |
| v. | :   : (Judge Kane)   : (Chief Magistrate Judge Schwab) |
| **BOROUGH OF FRACKVILLE, et al.,**   **Defendants** | :   :   : |

## ORDER

Before the Court is the September 1, 2020 Report and Recommendation of Chief Magistrate Judge Schwab (Doc. No. 10) recommending that the Court dismiss Defendant Edward Thomas Kennedy ("Defendant")'s complaint (Doc. No. 1) pursuant to 28 U.S.C. § 1915(e)(2) and Rules 8 and 12 of the Federal Rules of Civil Procedure. No timely objections to the Report and Recommendation have been filed.

**ACCORDINGLY**, on this 9th day of October 2020, upon independent review of the record and applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** Chief Magistrate Judge Schwab's Report and Recommendation (Doc. No. 10);

2. Defendant's complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is directed to close this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania